IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MICHAEL B. BAILEY,

    Plaintiff,

v.

MARK LUTTRELL, et al.,

    Defendants.

No. 03-2996 Ml/An

## ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on April 15, 2005, by United States Magistrate Judge S. Thomas Anderson. In accordance with the deadlines established in that order, trial and pretrial dates are set as follows before the District Court:

1. The jury trial in this matter is set to begin <u>Monday, February 13, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2. A pretrial conference is set for <u>Monday, February 6, 2006 at 9:00 a.m.</u>

3. The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on <u>January 30, 2006</u>.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-5-05

31

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this 4 day of May, 2005.

/s/ Jon P. McCalla
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:03-CV-02996 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Michael B. Bailey
SCJ-MEMPHIS
221117
201 Poplar Ave.
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT