IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 15 AM 10: 06

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D MEMPHIS

Michael B. Bailey, )
 )
    Plaintiff, )
 )
v. ) No. 03-2996-Ml
 )
Mark Luttrell, et al. )
 )
    Defendants. )

ORDER DIRECTING ISSUANCE OF
WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The Clerk of the Court is HEREBY ORDERED to issue a Writ of Habeas Corpus ad Testificandum to the Warden/Superintendent of the Riverbend Maximum Security Institution compelling him to produce MICHAEL B. BAILEY, Reg. No. 221117, in Courtroom Number 4, Clifford Davis Federal Building, Memphis, Tennessee, for a Pretrial Conference on **MONDAY, FEBRUARY 6, 2006 at 9:00 a.m.** and such other times as the Court may direct.

IT IS SO ORDERED THIS 14 DAY OF Dec, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-15-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:03-CV-02996 was distributed by fax, mail, or direct printing on December 15, 2005 to the parties listed.

---

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Michael B. Bailey
RMSI
221117
7475 Cockrill Bend Ind. Rd
Nashville, TN 37209--101

Honorable Jon McCalla
US DISTRICT COURT