IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 DEC 23 PM 1:10
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| Michael B, Bailey, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 03-2996-Ml |
| ) | |
| Mark Luttrell, et al. ) | |
| ) | |
| Defendants. ) | |

*A-M-E-N-D-E-D ORDER DIRECTING ISSUANCE OF
WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The Clerk of the Court is HEREBY ORDERED to issue a Writ of Habeas Corpus ad Testificandum to the Warden/Superintendent of the Riverbend Maximum Security Institution compelling him to produce MICHAEL B. BAILEY, Reg. No. 221117, in Courtroom Number 4, Clifford Davis Federal Building, Memphis, Tennessee, for a Pretrial Conference on *THURSDAY, FEBRUARY 2, 2006 at 8:45 a.m. and such other times as the Court may direct.

IT IS SO ORDERED THIS 23 DAY OF Dec , 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  12-27-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:03-CV-02996 was distributed by fax, mail, or direct printing on December 27, 2005 to the parties listed.

---

Michael B. Bailey
RMSI
221117
7475 Cockrill Bend Ind. Rd
Nashville, TN 37209--101

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT